(90 South. 925)

Ex parte LEE, State Auditor. STATE ex rel. CHANDLER v. LEE, State Auditor. (3 Div. 527.) (Supreme Court of Alabama. Oct. 27,

1921.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., and Bernice Summers Osgoode, Spec. Asst. Atty. Gen., for appellant. Motley & Motley, of Gadsden, for appellee.

PER CURIAM. Petition by H. F. Lee, as state auditor, for certiorari to Court of Appeals to review and revise the judgment of the Court of Appeals rendered on the appeal of State of Alabama ex rel. Chandler v. H. F. Lee, State Auditor, 90 South. 337. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.